# MOTION DOCKET

**96–2832. State ex rel. Crosset Co. v. Conrad.**
Franklin App. No. 95APD10–1300. On request for oral argument. Request granted.
F.E. SWEENEY and COOK, JJ., dissent.

**98–1203. State ex rel. Rothkegel v. Westlake.**
Franklin App. No. 97APD04–505. On motion for *sua sponte* remand. Motion denied.

**98–1209. State v. Sanders.**
Hamilton App. No. C–960253. On second *pro se* motion for removal of counsel and motion for appointment of counsel. Motions denied.

**98–2102. Chicago Title Ins. Co. v. Huntington Natl. Bank.**
Delaware App. No. 98CAE03018. On motion for admission *pro hac vice.* Motion granted.

**98–2456. Ormet Primary Aluminum Corp. v. Emp. Ins. Co. of Wausau.**
Monroe App. No. 808. On motion for admission *pro hac vice.* Motion granted.

**98–2584. State v. Holt.**
Franklin App. No. 97APA10–1361. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

**98–2694. State ex rel. Bray v. Russell.**
Warren App. No. CA98–06–068. On motion for admission *pro hac vice.* Motion granted.

**99–184. Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–922–TP–UNC. On motion for leave to intervene. Motion granted.
RESNICK, J., not participating.

**99–442. State ex rel. Strothers v. Colon.**
Cuyahoga App. No. 74916. On request for oral argument. Request denied.

**99–542. White v. Konteh.**
Trumbull App. No. 99–T–0020. On motion to remand to court of appeals to appoint counsel or motion to appoint counsel. Motion to appoint counsel granted, and the Public Defender's Office is appointed; *sua sponte,* cause consolidated for oral argument with 98–2694, *State ex rel. Bray v. Russell,* Warren App. No. CA98–06–068, and 99–273, *Haddad v. Russell.*

**99–589. State v. Jones.**
Stark App. No. 1997CA0438. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**99–591. State v. Singleton.**
Hamilton App. No. C–970757. On motion for leave to file delayed appeal. Motion denied.

**99–593. State v. Saffell.**
Wayne App. No. 2928. On motion for leave to file delayed appeal. Motion denied.

**99–602. State v. Cobb.**
Richland App. No. 98CA37. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–610. State v. Haddix.**
Stark App. No. 95CA0175. On motion for leave to file delayed appeal. Motion denied.

**99–627. Wellston v. Pendleton.**
*Jackson App. No. 98CA826. On motion to continue stay. Motion granted.*
F.E. SWEENEY and COOK, JJ., dissent.

**99–628. State v. Finley.**
Cuyahoga App. No. 75362. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.